# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07-0016-01-CR-W-DW |
| ) | |
| DON A. WHITE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Magistrate Judge Sarah W. Hays's Report and Recommendations (Doc. 34) denying Defendant's Motion for Return of Property (Doc. 24). Defendant has not filed objections to the Report and Recommendation. After an independent review of the record and the applicable law, the Court ADOPTS the Magistrate's recommendation to deny Defendant's motion. Accordingly, the Court orders that the Magistrate's Report and Recommendation be attached to and made a part of this Order and DENIES Defendant's Motion for Return of Property (Doc. 24).


Date: May 22, 2007 /s/ DEAN WHIPPLE
Dean Whipple
United States District Court